# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CHERYL HENDERSON, on behalf of all**                                                **PLAINTIFFS**
**wrongful death beneficiaries of**
**CHADRION HENDERSON, deceased**

**v.**                                                          **CAUSE NO. 4:23-cv-43-DMB-JMV**

**VITALCORE HEALTH STRATEGIES,**                                    **DEFENDANTS**
**LLC, ET AL.**

## ORDER STAYING CERTAIN PROCEEDINGS

       Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery **not relevant** to the remand … issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion. . . ." L.U. CIV. R. 16(b)(1)(B) (emphasis added). Because the plaintiff has moved to remand this case to state court [9], staying certain proceedings is appropriate. If either party desires to take remand-related discovery, it shall file a notice of intent to do so no later than April 12, 2023. If such discovery is contemplated by any party, the court will hold a prompt telephonic status conference to discuss the appropriateness, parameters, and deadlines for doing so.

       **IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED**, pending a ruling on the motion to remand. The parties shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to remand.

       **SO ORDERED** this, the 3rd day of April, 2023.

                                                               /s/ Jane M. Virden
                                                               **UNITED STATES MAGISTRATE JUDGE**